UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:08MJ02137 AGF |
| | ) | |
| v. | ) | |
| | ) | Case No. 2008CRW2809 |
| LEONARD TAYLOR, | ) | Superior Court - District of Columbia |
| | ) | |
| Defendant. | ) | |

## **REMOVAL ORDER**

Leonard Taylor, who is in custody under a warrant issued on July 26, 2008, out of the District of Columbia, in Case No. 2008CRW2809, appeared before the Court for his initial appearance on July 31, 2008. Defendant is charged by criminal complaint filed July 26, 2008, with involuntary manslaughter (misdemeanor-manslaughter), in violation of 22 D.C. Code 2105. The government has requested that the defendant be detained pending trial on the charges from the District of Columbia.

A hearing was held on July 31, 2008. The defendant appeared and was represented by his appointed counsel, Assistant Federal Public Defender Lucille G. Liggett. The government was represented by Assistant United States Attorney Dean J. Sauer. The defendant was advised of his rights, including the right to a preliminary hearing, a hearing on identity and detention and the right to a disposition of his charges in this district under Rule 20, F.R.Cr.P. After being advised of these rights and after consultation with his appointed attorney, the defendant voluntarily waived his rights, in

writing and in open court, and agreed to his immediate transfer to the court of original jurisdiction. Defendant waived his right to have a preliminary hearing and detention hearing in this district, and requested that both hearings be held in the charging district upon his transfer.

**THEREFORE, IT IS HEREBY ORDERED** that the defendant, Leonard Taylor, be temporarily detained and held to answer the charges brought against him in the Superior Court of the District of Columbia.

**IT IS FURTHER ORDERED** that the U.S. Marshals Service forthwith transport the defendant, Leonard Taylor, to the U.S. Marshal in the District of Columbia, for further proceedings by that court in this matter.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 4th day of August, 2008.